1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN P. ROONEY
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff

7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA, | CASE NO. 5:13-MJ-00044 JLT

12 Plaintiff,

13 v. | STIPULATION REGARDING CONTINUANCE OF THE
14 MAX BANUELOS, Jr., | PRELIMINARY HEARING; FINDINGS AND ORDER
15 Defendant. | (Doc. 9)

16

17

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

19
20     1.     By previous order, this matter was set for preliminary hearing July 31, 2013, at 1:30 p.m. The defendant is out of custody subject to PreTrial Services monitoring.

21
22     2.     By this stipulation, the government and the defendant now stipulate to continue the preliminary hearing until August 23, 2013, at 1:30 p.m.

23
24     3.     The parties request this continuance in order to further investigate the underlying events and to possibly resolve the matter. To facilitate these efforts, the government and the defendant are asking for a delay beyond 21 days from the initial appearance date, which is ordinarily

25
26 ///

27

28

Stipulation and Proposed Order      1

the deadline within which a preliminary hearing must be held for a defendant who is not in custody. F.R Crim.P. 5.1(c). The court may extend that time with the defendant's consent and upon a finding of good cause taking into account the public interest in the prompt resolution of criminal cases.

    4. The parties agree and stipulate, and request that the Court find the following:

        a. The defendant consents to continuing the preliminary hearing.

        b. There is good cause to continue the preliminary hearing in this matter.

        c. The ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a preliminary hearing within the date prescribed by F.R.Crim.P. 5.1(c).

IT IS SO STIPULATED.

DATED: July 29, 2013          /s/ Kevin P. Rooney
                                    KEVIN P. ROONEY
                                    Assistant United States Attorney

DATED: July 29, 2013          /s/ Mario L. Acosta
                                    Mario L. Acosta
                                    Attorney for Defendant
                                    Max Banuelos, Jr.

O R D E R

GOOD CAUSE HAVING BEEN ESTABLISHED, IT IS SO FOUND AND ORDERED:

IT IS SO ORDERED.

Dated:  **July 29, 2013**              **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE