MATTHEW J. LOMBARD (SBN 239910)
LAW OFFICES OF MATTHEW J. LOMBARD
2115 Main Street
Santa Monica, California 90405
Telephone (310) 399-3259
Facsimile (310) 392-9029
Email: mlombard@lombardlaw.net

Attorney for Defendant
MAX BANUELOS, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERCIA, | ) | Case No. CR-13-00319-SKO-1 |
|---|---|---|
|           Plaintiff, | ) | **ORDER WAIVING DEFENDANT'S PRESENCE** |
| v. | ) | |
| MAX BANUELOS, JR., | ) | |
|           Defendant. | ) | |

   For good cause shown, IT IS HEREBY ORDERED THAT:

   Defendant's request to waive his right to be present in person in open court pursuant to Rule 43 of the Federal Rules of Criminal Procedure is GRANTED.

IT IS SO ORDERED.

   Dated:  **October 29, 2013**            **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE