MATTHEW J. LOMBARD (SBN: 239910)
Attorney at Law
2115 Main Street
Santa Monica, California 90405

Telephone:  (310) 399-3259
Facsimile:  (310) 392-9029
Email:      mlombard@lombardlaw.net

Attorney for Defendant
MAX BANUELOS

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:13 CR 00319-LJO-SKO |
| ) Plaintiff, ) | ORDER TO WAIVE TIME AND SET THE ABOVE-ENTITLED MATTER FOR A CHANGE OF PLEA HEARING |
| vs. ) | |
| MAX BANUELOS, ) | |
| ) Defendant. ) | |
| _____ ) | |

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED that the status hearing scheduled for Monday, March 10, 2014 before Judge Oberto be taken off calendar and a change of plea hearing is set for Monday, March 24, 2014 at 10:45 .m. before Judge O'Neill.

The continuance is due to defense counsel having a pending matter in the United States District Court for the Central District of California.

Pursuant to 18 U.S.C. §3161, the Court finds that good cause exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

DATED: March 4, 2014          /s/ Lawrence J. O'Neill_____
                              HON. LAWRENCE J. O'NEILL
                              United States District Judge