BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:13 CR 319 LJO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| | DATE: June 23, 2014 |
| | TIME:10:45 a.m. |
| MAX BANUELOS, JR., | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel, Kevin P. Rooney, Counsel for the government and Matthew J. Lombard, counsel for Defendant

Max Banuelos, Jr.,  that the sentencing in the above-captioned single defendant  matter now set for June

23, 2014 at 10:45 a.m., may be continued to August 25, 2014 at 10:45 a.m.[1]

        This continuance is at the request of the government.  Government counsel realized that there is

a significant legal issue to be addressed after the time for informal objections had expired.  Defense

counsel and Probation Officer DeOrian are agreeable to the delay.  The defendant is out of custody on

PreTrial Services supervision, and to government counsel's knowledge, is performing well.  Defense

counsel is currently engaged in an ongoing federal criminal trial in Los Angeles.

---

[1] Defense counsel is Los Angeles based and the court has accommodated travel issues in its
scheduling.

Stipulation and Order                              1

1      The requested delay will provide sufficient time for defense counsel and the Probation Officer to

2  consider the government's objections.  Government counsel expects to have the informal objection by

3  June 27.  Government counsel has a work related commitment for the entirety of June 19 and then

4  expects to be out of the office June 20 and 21 to attend an out of state funeral.

5

6

Dated:  June 17, 2013                 BENJAMIN B. WAGNER
7                            United States Attorney

8                           /s/ Kevin P. Rooney
9                           KEVIN P. ROONEY
                            Assistant United States Attorney
10

11                         /s/ Matthew J. Lombard
12  Dated:  June 17, 2013             MATTHEW J. LOMBARD
                           Attorney for Defendant Max Banuelos, Jr.
13
                            **ORDER**
14

15      **IT IS SO ORDERED**. The sentencing in this matter shall be scheduled for August 25, 2014 at

16  10:45 a.m.

17

**SO ORDERED**
18  **Dated: June 17, 2014**

19                           **/s/ Lawrence J. O'Neill**
                           **United States District Judge**

20

21

22

23

24

25

26

27

28